

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-14-2009

# Michael Shemonsky v. Michael Oleyar, Jr.

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-1781

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Michael Shemonsky v. Michael Oleyar, Jr." (2009). *2009 Decisions.* Paper 812.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/812

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1781
_____

In Re: MICHAEL R. SHEMONSKY,
                                        Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 09-cv-00197)
District Judge:  Honorable Malcolm Muir

_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
July 31, 2009
Before:  SCIRICA, Chief Judge WEIS and GARTH Circuit Judges

(Opinion filed: August 14, 2009)
_____

OPINION
_____

PER CURIAM.

        Michael R. Shemonsky appealed to the District Court from an order of the

Bankruptcy Court that denied his motion to reopen.  The District Court affirmed the

Bankruptcy Court's order, and this appeal followed.

        Shemonsky sought to reopen a bankruptcy case that had been dismissed for

1

failure to timely file documents. After a hearing on December 17, 2008, at which Shemonsky was unable to provide a valid reason why he did not timely file the required documents, the Bankruptcy Court denied his motion to reopen. Shemonsky appealed that order to the United States District Court for the Middle District of Pennsylvania. The District Court affirmed the Bankruptcy Court's order and summarily denied Shemonsky's appeal because he had failed to raise any issue of merit.

Upon careful review of the record, including the transcript of the hearing held on December 17, 2008, we agree that Shemonsky raised no issue of arguable merit to the District Court. As this appeal presents no substantial question, we will affirm the judgment of the District Court pursuant to I.O.P. 10.6